KATHRYN KENEALLY
Assistant Attorney General

LEE PERLA
Trial Attorney
U.S. Dept. of Justice
P.O. Box 683
Washington, D.C.  20044
Tel:     202-616-9183
Fax:    202-307-0054
Lee.Perla@usdoj.gov

*Of Counsel*
BENJAMIN B. WAGNER
United States Attorney
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARA K. SOGHOMONIAN., <br><br> Defendant. | Case No. _____ <br><br> COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT |

The United States of America ("United States"), through undersigned, complains and alleges as follows:

**CAUSE OF ACTION**

1.    This is a civil action brought by the United States to reduce to judgment certain unpaid federal income tax (Form 1040) assessments and related penalties and interest against Defendant Ara  K. Soghomonian.

United States' Complaint                                                                                                                     Page 1

## AUTHORIZATION FOR SUIT

2. This action is brought pursuant to 26 U.S.C. §§ 7401, at the direction of the Attorney General of the United States, with the authorization and at the request of the Chief Counsel of the Internal Revenue Service ("Service"), a delegate of the Secretary of the Treasury of the United States.

## JURISDICTION AND VENUE:

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1340, 1345 and 26 U.S.C. § 7402(a).

4. Defendant Ara K. Sogomonian resides in Fresno, California.

5. Venue for this action is proper in the Eastern District of California pursuant to 28 U.S.C. § 1396 because Defendant Ara K. Soghomonian resides in this judicial district.

## CLAIM FOR RELIEF:
### Reduce to Judgment
### Federal Income Tax (Form 1040) Assessments Against Ara K. Soghomonian.

6. The United States incorporates the allegations contained in paragraphs 1 through 5 above as if fully set forth herein.

7. On the dates, in the amounts, and for the tax periods set forth below, a duly authorized delegate of the Secretary of the Treasury made timely federal income tax (Form 1040) assessments against Defendant Ara K. Soghomonian as follows:

| Tax Type | Tax Period | Assessment date | Assessment Amounts | Code | Balance Outstanding* |
|---|---|---|---|---|---|
| Form 1040 | 2000 | 10-01-2001 | $52,775.00 | T | $66,435.77 |
| | | 10-01-2001 | $819.00 | ETP | |
| | | 10-01-2001 | $923.25 | FTP | |
| | | 10-01-2001 | $1,079.93 | INT | |
| | | 10-08-2001 | $45.13 | INT | |
| | | | $36.00 | FCC | |

| Tax Type | Tax Period | Assessment date | Assessment Amounts | Code | Balance Outstanding* |
|---|---|---|---|---|---|
| Form 1040 | 2001 | 11-18-2002 | $36,771.00 | T | $67,279.64 |
| | | 11-18-2002 | $1,455.00 | ETP | |
| | | 11-18-2002 | $1270.84 | FTP | |
| | | 11-18-2002 | $1,153.67 | INT | |
| | | 11-18-2002 | $341.89 | FTP | |
| | | | $20.00 | FCC | |
| Form 1040 | 2002 | 12-01-2003 | $58,309.00 | T | $115,487.63 |
| | | 12-01-2003 | $1,529.00 | ETP | |
| | | 12-01-2003 | $2,332.36 | FTP | |
| | | 12-01-2003 | $1,764.13 | INT | |
| | | | $24.00 | FCC | |

\* as of May 8, 2013 and including amounts assessed plus statutory interest and additions provided by law      Total:   $249,203.04

Key:   T     Return filed & Tax Assessed
       ETP   Estimated Tax Penalty
       FTP   Failure to Pay Tax Penalty
       INT   Interest
       FCC   Fees & Collection Costs

8.     As required by 26 U.S.C. § 6303, the Service gave timely notice to Defendant Ara K. Soghomonian, stating the amount and demanding payment of the assessments, for the 2000, 2001, and 2002 tax periods as set forth in paragraph 7 above.

9.     Despite notice and demand for payment of the assessments, Defendant Ara K. Soghomonian, failed, refused, or neglected to make full payment to the United States for the amounts assessed.

10.    The period for collection of the assessments has not yet expired.

11.    There remains due and owing to the United States by Defendant Ara K. Soghomonian for federal income tax (Form 1040) liabilities for the 2000, 2001, and 2002 tax periods, the amounts

1   assessed, plus statutory interest and additions provided by law which, as of May 8, 2013 equaled

2   $249,203.04.

3   WHEREFORE, the Plaintiff, the United States of America, prays as follows:

4   A.       That this Court determine and adjudge that Defendant Ara K. Soghomonian is indebted to

5   the United States, for individual federal income tax (Form 1040) liabilities as set forth above in

6   paragraph 7 for the 2000, 2001, and 2002 tax periods, which, as of May 3, 2013, equaled

7   $249,203.04, less any additional credits according to proof, plus interest and other statutory

8   additions, as provided by law, and that judgment in that amount be entered against Ara K.

9   Soghomonian, and in favor of the United States; and

10  B.       That the United States be granted costs incurred in bringing this action as well as such

11  other relief as the Court deems just and proper.

                                          Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

 /s/ Lee Perla
LEE PERLA
Trial Attorney, U.S. Dept. of Justice
P.O. Box 683, Washington, D.C. 20044
Tel:  202-616-9183
Lee.Perla@usdoj.gov

*Of Counsel*
BENJAMIN B. WAGNER
United States Attorney

*Attorneys for the United States*