KATHRYN KENEALLY
Assistant Attorney General

LEE PERLA
Trial Attorney
U.S. Dept. of Justice
P.O. Box 683
Washington, DC 20044
Tel:    202.616.9183
Fax:    202.307-0054
Lee.Perla@usdoj.gov

*Of counsel*
BENJAMINE B. WAGNER
United States Attorney
*Attorneys for the United States of America*

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Joseph J. Doerr, #234062
   joe.doerr@mccormickbarstow.com
Daniel S. Cho, #260902
   daniel.cho@mccormickbarstow.com
Josh H. Escovedo, #284506
   josh.escovedo@mccormickbarstow.com
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300
*Attorneys for ARA K. SOGHOMONIAN*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARA K SOGHOMONIAN,<br><br>Defendant. | Case No. 1:13-cv-01030-AWI-MJS<br><br>**AGREED JUDGMENT** |

Agreed Judgment
(Case No. 1:13-cv-01030-AWI-MJS)

1

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-9183

10591204.1

The United States of America ("United States") and Mr. Ara K. Soghomonian, respectfully submit this Agreed Judgment, which although the parties anticipate taking Rule 69(a)(2) discovery, resolves the United States' Complaint. Accordingly, it is

ORDERED that:

1. For the 2000 tax period, Defendant Ara K. Soghomonian is indebted to the United States for federal income (Form 1040) tax, penalties, interest, and statutory additions in the amount of $58,488.62, plus interest and statutory additions pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621 according to law from October 31, 2013 until the judgment is paid.

2. For the 2001 tax period, Defendant Ara K. Soghomonian is indebted to the United States for federal income (Form 1040) tax, penalties, interest, and statutory additions in the amount of $68,314.52, plus interest and statutory additions pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621 according to law from October 31, 2013 until the judgment is paid.

3. For the 2002 tax period, Defendant Ara K. Soghomonian is indebted to the United States for federal income (Form 1040) tax, penalties, interest, and statutory additions in the amount of $117,250.46, plus interest and statutory additions pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621 according to law from October 31, 2013 until the judgment is paid.

4. Each party shall be liable for its own costs of litigation and attorneys' fees.

Agreed Judgment
(Case No. 1:13-cv-01030-AWI-MJS)

2

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-9183

10591204.1

SIGNED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| KATHRYN KENEALLY<br>Assistant Attorney General | McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP |
| /s/ Lee Perla<br>LEE PERLA<br>Trial Attorney<br>U.S. Dept. of Justice<br>P.O. Box 683<br>Washington, DC 20044<br>Tel:   202.616.9183<br>Fax:   202.307-0054<br>Lee.Perla@usdoj.gov<br><br>*Of counsel*<br>BENJAMINE B. WAGNER<br>United States Attorney<br>*Attorneys for the United States of America* | /s/ Joseph J. Doerr<br>Joseph J. Doerr, #234062<br>   joe.doerr@mccormickbarstow.com<br>Daniel S. Cho, #260902<br>   daniel.cho@mccormickbarstow.com<br>Josh H. Escovedo, #284506<br>   josh.escovedo@mccormickbarstow.com<br>5 River Park Place East<br>Fresno, California 93720-1501<br>Tel:   (559) 433-1300<br>Fax:   (559) 433-2300<br>*Attorneys for ARA K. SOGHOMONIAN* |

Agreed Judgment
(Case No. 1:13-cv-01030-AWI-MJS)

3

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-9183

10591204.1

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>McCormick, Barstow, Sheppard,
>Wayte & Carruth LLP
>Joseph J. Doerr, #234062
>   joe.doerr@mccormickbarstow.com
>Daniel S. Cho, #260902
>   daniel.cho@mccormickbarstow.com
>Josh H. Escovedo, #284506
>   josh.escovedo@mccormickbarstow.com
>5 River Park Place East
>Fresno, California 93720-1501
>Tel:   (559) 433-1300
>Fax:   (559) 433-2300
>*Attorneys for ARA K. SOGHOMONIAN*

>*/s/ Lee Perla*
>LEE PERLA
>Trial Attorney
>United States Dept. of Justice

Agreed Judgment
(Case No. 1:13-cv-01030-AWI-MJS)

4

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-9183

10591204.1