UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>ARA K. SOGHOMONIAN,<br><br>　　　　　Defendant | CASE NO. 1:13-CV-1030 AWI MJS<br><br>ORDER VACATING HEARING |

　　　Plaintiff has filed a motion for judgment on the pleadings that is set for hearing on October 28, 2013.  Defendant failed to file either an opposition or a notice of non-opposition 14 days before the hearing date.  See Local Rule 230(c).  As such, Defendant is in violation of the Local Rules and not entitled to be heard at oral argument in opposition to the motion.  See Local Rule 230(c).  The Court has reviewed Plaintiff's motion and the applicable law and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(g).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 28, 2013 is VACATED, and no party shall appear at that time.  As of October 28, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　October 25, 2013　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE