UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ARA K. SOGHOMONIAN,<br><br>　　　　Defendant | CASE NO. 1:13-CV-1030 AWI MJS<br><br>AGREED JUDGMENT |

　　　The United States of America ("United States") and Mr. Ara K. Soghomonian, respectfully submit this Agreed Judgment, which although the parties anticipate taking Rule 69(a)(2) discovery, resolves the United States' Complaint. Accordingly, it is ORDERED that:

　　　1. For the 2000 tax period, Defendant Ara K. Soghomonian is indebted to the United States for federal income (Form 1040) tax, penalties, interest, and statutory additions in the amount of $58,488.62, plus interest and statutory additions pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621 according to law from October 31, 2013 until the judgment is paid.

　　　2. For the 2001 tax period, Defendant Ara K. Soghomonian is indebted to the United States for federal income (Form 1040) tax, penalties, interest, and statutory additions in the amount of $68,314.52, plus interest and statutory additions pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621 according to law from October 31, 2013 until the judgment is paid.

　　　3. For the 2002 tax period, Defendant Ara K. Soghomonian is indebted to the United States for federal income (Form 1040) tax, penalties, interest, and statutory additions in the amount of $117,250.46, plus interest and statutory additions pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621 according to law from October 31, 2013 until the judgment is paid.

4. Each party shall be liable for its own costs of litigation and attorneys' fees.

IT IS SO ORDERED.

Dated:   October 31, 2013

SENIOR DISTRICT JUDGE